UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

United States of America,

Plaintiff,

vs.

Maurice Young,

Defendant.

---

Cr. No. 02-261 DWF/SRN

**MOTION FOR TERMINATION AND DISCHARGE FROM SUPERVISED RELEASE**

The Defendant, Maurice Young, by and through his attorney, and in accordance with the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e), hereby moves this Court for termination and discharge from supervised release.

This motion is based upon the attached memorandum, the files and records in this case, and any and all other information that may be brought to the Court's attention prior to or during the hearing on this motion.

Respectfully submitted,

MESHBESHER & ASSOCIATES, PA

By: /s/ Steven J. Meshbesher

Steven J. Meshbesher
Attorney I.D. No. 127413
Attorneys for Defendant
225 Lumber Exchange Building
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-2000

Dated: December 5, 2006