UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-261 (DWF/SRN)

---

United States of America,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Maurice Young,

Defendant.

---

I hereby certify that on December 5, 2006, I caused the following document:

*Memorandum In Support of Motion For Termination And Discharge From Supervised Release*
*(Document #88)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John R. Marti, Assistant U.S. Attorney, john.marti@usdoj.gov

Dated: December 5, 2006

**s/ Steven J. Meshbesher**
Steven J. Meshbesher
Attorney ID: 127413
Meshbesher & Associates, P.A.
225 Lumber Exchange Building
10 South 5 Street
Minneapolis, MN 55402
(612) 332-2000