UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-261 DWF/SRN

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Maurice Young,<br><br>Defendant. | **UNITED STATES' RESPONSE IN OPPOSITION TO MOTION TO TERMINATE SUPERVISED RELEASE** |

The United States opposes the defendant's motion for early termination of his supervised release. The defendant was convicted for his participation in a fraud scheme that defrauded AT&T. This Court order the defendant and his co-conspirators to make restitution of $242,210.87. The defendant's supervising probation officer reports that approximately $3,742.59 of that sum has been repaid. Given the large restitution balance still due and owing, the government opposes early termination. Supervised release ensures that the defendant will continue to make restitution under the court-ordered payment plan for the balance of supervision.

Dated: 12/5/06

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/ John R. Marti*

BY: JOHN R. MARTI
Assistant U.S. Attorney