**CERTIFICATE OF SERVICE**

I hereby certify that on 12/5/06, I served, or caused to be served, the following documents:

**United States' Response in Opposition to Motion to Terminate Supervised Release**
**USA v. Maurice Young**
**Cr. No. 02-261(DWF/SRN)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Steven J. Meshbesher, Esq.

Dated: 12/5/06

RACHEL K. PAULOSE
United States Attorney

*s/ Deb Kapinos*

BY: DEB KAPINOS
Legal Assistant