**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-261(1) (DWF/SRN)

Plaintiff,

v. **ORDER AND MEMORANDUM**

Maurice Young,

Defendant.

---

John R. Martin, First Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Steven J. Meshbesher, Esq., Meshbesher & Associates, PA, counsel for Defendant.

---

This matter is before the Court upon Defendant Maurice Young's ("Defendant") Motion for Termination and Discharge from Supervised Release (Doc. No. 87). Defendant has moved the Court, pursuant to 18 U.S.C. § 3583(e) and the Federal Rules of Criminal Procedure, for termination and discharge from supervised release. The United States opposes Defendant's motion for early termination of his supervised release.

Based upon the presentations and submissions of the parties; the Court having reviewed the contents of the file in this matter, including the procedural history; and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Defendant's Motion for Termination and Discharge from Supervised Release (Doc. No. 87) is respectfully **DENIED**.

Dated: January 23, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court

## MEMORANDUM

Simply, but importantly, stated, Defendant is jointly and severally responsible for restitution due and owing in the amount of $242,210.87, minus approximately $3,742.59 that has been paid toward restitution. For this reason alone, the public interest and the interests of justice require this Court to continue the Defendant on supervised release, notwithstanding his good faith efforts to comply with his supervised release conditions and his good faith effort in filing this motion before the Court.

For this reason, the Court has respectfully denied Defendant's motion for early termination of his supervised release.

D.W.F.